Clerk of the Court
U.S. District Court
801 North Florida Avenue, 2nd Floor
Tampa, FL 33602

17 August 2026

RE: United States v. Espinal Veliz et al
Case No: 8:24-cr-00150-TPB-TGW

Dear Clerk:

I hope this correspondence finds you well.

May this serve as a formal request to have a copy of my Docket Sheet mailed to me.

My inquiry is brought because I would like to know the status of a "compassionate release" motion under § 3582(c)(1)(A), which I filed in March of 2026.

My brother called the Court and was told that it had arrived but I have yet to receive any notification of any kind from the Court that says as much.

The only thing I have received from this court was an order from Judge Adams appointing me counsel for the purpose of filing a motion under § 3582(c)(2) and Amendment 821, which was filed by a co-defendant. I am more concerned with the compassionate release.

I thank you in advance for your attention regarding the above referenced matter.

Respectfully,

Jaime Espinal Veliz

Jaime Espinal Veliz
Reg. No. 08819-511
FCI Yazoo City Low II
P.O. Box 5000
Yazoo City, MS 39194