Jaime Espinal Veliz
# 08819-511
FCI Yazoo City Low II
P.O. Box 5000
Yazoo City, MS 39194

JACKSON MS 390
19 AUG 2026 AM 2 L

Freedom 250

USA FOREVER

Clerk of Court
U.S. District Court
801 N. Florida Ave., 2nd Floor
Tampa, FL 33602

33602-380099

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED ON 8-18-24 THROUGH SPECIAL MAILING PROCEDURES.

The letter has neither been opened or inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.