**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v. Case No. 8:24-cr-150-TPB-T_W

JAMIE ENRIQUE ESPINAL VELIZ,

Defendant.
______________________________/

**NOTICE OF APPEARANCE RE: AMENDMENT 821**

The Office of the Federal Defender, pursuant to the Court's Omnibus Order In Re: Amendment 821, 3:21-mc-1-TJC, hereby files this Notice of Appearance to represent the Defendant in the above-styled cause, for the purposes of seeking reduction of sentence under Amendment 821.

The Clerk is requested to enter the appearance of Meghan Ann Collins, Research and Writing Attorney, as Counsel of Record for the purposes of Amendment 821.

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/Meghan Ann Collins*
MEGHAN ANN COLLINS
RESEARCH AND WRITING ATTORNEY
Florida Bar No. 0492868
Federal Defender's Office
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
E-Mail: Meghan_Boyle@fd.org