# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America

v.

JAMIE ENRIQUE ESPINAL VELIZ

Date of Original Judgment: 02/24/2025

Date of Previous Amended Judgment: ______

*(Use Date of Last Amended Judgment if Any)*

Case No: 8:24-cr-150-TPB-T_W

USM No: 08819-511

Meghan Ann Collins, AFPD

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ **DENIED.** ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ______ months **is reduced to** ______

**for the reasons stated in probation's memorandum (Doc. 117) and defense counsel's notice (Doc. 123).**

Except as otherwise provided, all provisions of the judgment dated 02/24/2025 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 09/01/2026

*Judge's signature*

Effective Date: ______

*(if different from order date)*

Thomas P. Barber, U.S. District Judge

*Printed name and title*