Jaime Espinal Velez
Reg. No. 08819-511
FCI Yazoo City Low II
P.O. Box 5000
Yazoo City, MS 39194

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL
7021 0950 0001 7904 0560

UNITED STATES OF AMERICA FOREVER/USA

Screened by USMS

Clerk of Court
U.S. District Court
801 North Florida Ave., 2nd Floor
Tampa, FL 33602

FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED ON 8-31-25 THROUGH SPECIAL MAILING PROCEDURES.

The letter has neither been opened or inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.