UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:24-cr-150-TPB-TGW

JAIME ENRIQUE ESPINAL VELIZ

# NOTICE OF APPEARANCE

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as co-counsel for the United States in the above-captioned case.

Assistant United States Attorney Jillian M. Jewell has been assigned as co-counsel in this case to address the defendant's request for compassionate release under 18 U.S.C. § 3582(c)(1)(A). Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney
Deputy Chief, Post-Conviction Unit
Florida Bar No. 112974
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6065
Facsimile: (813) 274-6102
E-Mail: Jillian.Jewell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, a true and correct copy of the foregoing document and the notice of electronic filing were sent by United States Mail to the following non-CM/ECF participant:

Jaime Enrique Espinal Veliz
Reg. No. 08819-511
FCI Yazoo City Low II
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

*/s/ Jillian M. Jewell*
JILLIAN M. JEWELL
Assistant United States Attorney